# United States District Court
# For The Western District of North Carolina
# Statesville Division

NORIS EUGENE HUDSON,

    Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.                      CASE NO. 5:10CV100-3-MU

NURSE EVANS, NURSE COFFEY,
OFFICER NICHOLS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2010, Order.

Signed: August 9, 2010

Frank G. Johns, Clerk
United States District Court